# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

——————————————————

No. 1D18-4151

——————————————————

SANTOS HERRERA-MONTIEL,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

——————————————————

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

March 11, 2019

PER CURIAM.

   AFFIRMED.

LEWIS, ROWE, and MAKAR, JJ., concur.

——————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

——————————————————

Santos Herrera-Montiel, pro se, Appellant.

Ashley B. Moody, Attorney General, and Holly N. Simcox, Assistant Attorney General, Tallahassee, for Appellee.